[No. 18706.　*En Banc.*　September 2, 1925.]

JOHN SMITH COMPANY, *Respondent*, v. WALTER T. HARDIN *et al.*,
*Defendants*, KERR-GIFFORD COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Franklin
county, Truax, J., entered January 22, 1924, upon findings in favor
of the plaintiff, in an action to foreclose a chattel mortgage. Reversed.

*Sharpstein, Smith & Sharpstein*, for appellant.
*Chas. W. Johnson*, for respondent.

ON REHEARING.

PER CURIAM—The department opinion in this case may be found
in 133 Wash. 194, 233 Pac. 628. Originally there was involved in
this action all of the wheat raised, to wit, both the tenant's two-
thirds and the landlord's one-third. Judgment was entered affecting
the tenant's two-thirds, but reserving a determination as to the
landlord's one-third. That judgment was not appealed from. The
judgment here involved is that affecting the landlord's one-third.
The last paragraph of the opinion might be construed to be broad
enough to include both the tenant's and the landlord's wheat. It
should be limited to the latter only. Otherwise, the opinion of the
Department is sustained. Appellant will recover costs in this court.

---

[No. 19365.　Department One.　October 29, 1925.]

THE CITY OF OLYMPIA, *Respondent*, v. HERBERT CULP, *Appellant*.[2]

Appeal from a judgment of the superior court, for Thurston
county, Wilson, J., entered January 11, 1924, upon a trial and con-
viction of unlawful possession of intoxicating liquor. Affirmed.

*Harry L. Parr*, for appellant.
*George R. Bigelow*, for respondent.

FULLERTON, J.—This case involves the questions presented in the
case of *Olympia v. Culp, ante* p. 374, 240 Pac. 360, and was submitted
upon the briefs therein filed. For the reasons given in the cited
case, it must be affirmed, and it will be so ordered.

TOLMAN, C. J., ASKREN, HOLCOMB, and PARKER, JJ., concur.

[1]Reported in 238 Pac. 647.
[2]Reported in 240 Pac. 362.